# Court of Appeals
# of the State of Georgia

ATLANTA,___May 29, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1310. CRYSTAL LEEANN EDDY v. GARY STEPHEN SPEARS et al.**

This appeal was docketed on March 17, 2014. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file an appellate brief including enumeration of errors within 20 days of the date of docketing of the appeal. Appellant requested and was granted an extension of time until May 7, 2014. However, appellant has neither filed a brief and enumeration of errors, nor requested a second extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_05/29/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*